Charisse Arce
Maile Tavepholjalern
EARTHJUSTICE
310 K Street, Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: carce@earthjustice.org
E: mtave@earthjustice.org

Katharine S. Glover
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: kglover@earthjustice.org
E: ejorgensen@earthjustice.org

Andrea A. Treece (*pro hac vice*)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T: 415.217.2089
E: atreece@earthjustice.org

*Attorneys for Plaintiff Oceana, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| OCEANA, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE *et al.*, <br><br> *Defendants*. | Case No. 3:24-cv-00180-SLG |

**NOTICE OF FILING AFFIDAVIT OF SERVICE OF SUMMONS AND
COMPLAINT**

Plaintiff Oceana, Inc. hereby provides notice of filing the attached affidavit of service of summons and complaint.

Respectfully submitted this 24th day of September, 2024.

*s/ Charisse Arce*
Charisse Arce (Alaska Bar No. 2303017)
Maile Tavepholjalern (Alaska Bar No. 1611094)
EARTHJUSTICE
310 K Street, Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: carce@earthjustice.org
E: mtave@earthjustice.org

Katharine S. Glover (Alaska Bar No. 0606033)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: kglover@earthjustice.org
E: ejorgensen@earthjustice.org

Andrea A. Treece (California Bar No. 237639)
(*pro hac vice*)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T: 415.217.2089
E: atreece@earthjustice.org

*Attorneys for Plaintiff Oceana, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 24, 2024, a copy of the foregoing NOTICE OF FILING AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT, with attachments, was served electronically on all counsel of record through the Court's CM/ECF system.

      *s/ Charisse Arce*
      Charisse Arce

*Oceana, Inc. v. National Marine Fisheries Service et al.,*
Case No. 3:24-cv-00180-SLG    3

Case 3:24-cv-00180-SLG   Document 12   Filed 09/24/24   Page 3 of 3