Charisse Arce
Maile Tavepholjalern
EARTHJUSTICE
310 K Street, Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: carce@earthjustice.org
E: mtave@earthjustice.org

Katharine S. Glover
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: kglover@earthjustice.org
E: ejorgensen@earthjustice.org

Andrea A. Treece (*pro hac vice*)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T: 415.217.2089
E: atreece@earthjustice.org

*Attorneys for Plaintiff Oceana, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| OCEANA, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE *et al.*, <br><br> *Defendants*. | Case No. 3:24-cv-00180-SLG |

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that I am over 18 years of age, I am not a party to this action, and that on August 16, 2024, I served the summons and complaint in the above-captioned case on the below-named Defendants in the manner indicated:

| | |
|---|---|
| National Marine Fisheries Service<br>1315 East-West Highway, 14th floor<br>Silver Spring, MD 20910 | 1) Serving the United States and<br>2) Sending National Marine Fisheries Service a copy of the summons and complaint by first class mail, certified and return receipt requested. |
| United States Department of Commerce<br>1401 Constitution Ave NW<br>Washington, DC 20230 | 1) Serving the United States and<br>2) Sending United States Department of Commerce a copy of the summons and complaint by first class mail, certified and return receipt requested. |
| Gina M. Raimondo, Secretary<br>United States Department of Commerce<br>1401 Constitution Ave NW<br>Washington, DC 20230 | 1) Serving the United States and<br>2) Sending Secretary Raimondo a copy of the summons and complaint by first class mail, certified and return receipt requested. |
| Samuel D. Rauch, III, Deputy Assistant Administrator for Regulatory Programs<br>National Marine Fisheries Service<br>1315 East-West Highway, 14th floor<br>Silver Spring, MD 20910 | 1) Serving the United States and<br>2) Sending Deputy Assistant Administrator Rauch, III, a copy of the summons and complaint by first class mail, certified and return receipt requested. |

Pursuant to Federal Rules of Civil Procedure 4(i)(1)(B) and 4(i)(1)(A)(ii), service on the United States was accomplished on August 16, 2024, by sending copies of the summonses and complaint by first class mail, certified and return receipt requested, to the following:

| | |
|---|---|
| Merrick B. Garland, Attorney General | Civil Process Clerk |
| United States Department of Justice | U.S. Attorney, District of Alaska |
| 950 Pennsylvania Avenue NW | United States Department of Justice |
| Washington, DC 20530 | 222 West 7th Avenue, Room 253, #9 |
| | Anchorage, AK 99513 |

Copies of the U.S. Postal Service certified mail receipts and return receipts are attached as proof of service on National Marine Fisheries Service, Samuel D. Rauch, III, Merrick B. Garland, and Civil Process Clerk. *See* Ex. 1. In lieu of the return receipt, delivery on United States Department of Commerce and Gina M. Raimondo was confirmed via U.S. Postal Service Tracking. *See* Ex. 2.

Executed: September 24, 2024.

Iris Korhonen-Penn
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.792.7126
E: ikorhonen@earthjustice.org

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 4.85
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ 4.10
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $ 3.15
Total Postage and Fees $ 12.10

Postmark Here — JUNEAU AK KINDRED POST CPU, AUG 1, 99801

Sent To: National Marine Fisheries Service
Street and Apt. No.: 1315 East-West Highway, 14th floor
City, State, ZIP+4: Silver Spring, MD 20910

7021 2123 0402 0000 0350 7021

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Marine Fisheries Service
1315 East-West Highway, 14th floor
Silver Spring, MD 20910

9590 9403 0205 5146 9388 04

2. Article Number (Transfer from service label)
7021 0350 0002 0402 2123

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): T Mo—
C. Date of Delivery: 8/27/6

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$ 4.85

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)  $ 4.10
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage
$ 3.15

Total Postage and Fees
$ 12.10

Sent To: Samuel D. Rauch, III, Deputy Assistant Administrator
Regulatory Programs
National Marine Fisheries Service
1315 East-West Highway, 14th floor
Silver Spring, MD 20910

Postmark Here — JUNEAU AK KINDRED POST CPU — AUG ?? 2024

7021 0350 0002 0402 2147

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Samuel D. Rauch, III, Deputy Assistant Administrator for
Regulatory Programs
National Marine Fisheries Service
1315 East-West Highway, 14th floor
Silver Spring, MD 20910

9590 9403 0205 5146 9387 98

2. Article Number (Transfer from service label)
7021 0350 0002 0402 2147

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name): M DO─L
C. Date of Delivery: 8/?

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
☐ ...Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 4.85

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ 4.10
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$ 3.15

Total Postage and Fees
$ 12.10

Postmark Here
AUG [2024]
JUNEAU AK KINDRED POST CR

Sent To: Civil Process Clerk
Street and Apt. N: U.S. Attorney, District of Alaska
                    United States Department of Justice
City, State, ZIP+4: 222 West 7th Avenue, Room 253, #9
                    Anchorage, AK 99513

PS Form 3800

7021 0350 0002 0402 2161

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney, District of Alaska
United States Department of Justice
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513

9590 9403 0205 5146 9500 04

2. Article Number (Transfer from service label)

7021 0350 0002 0402 2161

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Janece
C. Date of Delivery: 8/01/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

```
7021 0350 0002 0402 2130
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ 4.85 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☒ Return Receipt (hardcopy) | $ 4.10 |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | |
| $ 3.15 | |
| Total Postage and Fees | |
| $ 12.10 | |

Postmark Here
(Juneau AK Kindred Post CPU 10866-5650, AUG 9 '24)

Sent To: United States Department of Commerce
Street: 1401 Constitution Ave NW
City, St: Washington, DC 20230

PS Form 3800, April 2015 PSN 7530-02-000-0047  See Reverse for Instructions

Remove ✕

**Tracking Number:**

# 70210350000204022130

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 6:35 am on August 30, 2024 in WASHINGTON, DC 20230.

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20230
August 30, 2024, 6:35 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

**Exhibit 2, Page 2 of 4**

```
                    U.S. Postal Service™
                    CERTIFIED MAIL® RECEIPT
                    Domestic Mail Only

                    For delivery information, visit our website at www.usps.com®.

                              OFFICIAL USE

    Certified Mail Fee
    $ 4.85
    Extra Services & Fees (check box, add fee as appropriate)
    ☒ Return Receipt (hardcopy)        $ 4.10
    ☐ Return Receipt (electronic)      $              Postmark
    ☐ Certified Mail Restricted Delivery $            Here
    ☐ Adult Signature Required         $
    ☐ Adult Signature Restricted Delivery $
    Postage
    $ 3.15
    Total Postage and Fees
    $ 12.10
    Sent To   Gina M. Raimondo, Secretary
    Street an United States Department of Commerce
              1401 Constitution Ave NW
    City, Sta Washington, DC 20230

    PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions
```

Remove ✕

**Tracking Number:**

# 70210350000204022154

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 6:35 am on August 30, 2024 in WASHINGTON, DC 20230.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20230
August 30, 2024, 6:35 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

**Exhibit 2, Page 4 of 4**