UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OCEANA, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>NATIONAL MARINE FISHERIES SERVICE; UNITED STATES DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, in their official capacity as Secretary of Commerce; and SAMUEL D. RAUCH, III, in their official capacity as Deputy Assistant Administrator for Regulatory Programs, National Marine Fisheries Service,<br><br>                Defendants. | No. 3:24-cv-00180-SLG |

## **DECLARATION OF JULIE BONNEY IN SUPPORT OF MOTION TO INTERVENE**

1. My name is Julie Bonney. I make this declaration on the basis of personal knowledge and am competent to testify to the matters stated below, which are true and correct to the best of my knowledge, information, and belief. I submit this declaration in support of the Alaska Groundfish Data Bank's ("AGDB") motion to intervene as a defendant in the above-captioned case.

*Oceana, Inc. v. Nat'l Marine Fisheries Serv. et al.* Case No. 3:24-cv-00180-SLG

1

2. I have worked at AGDB since 1991 and have led AGDB as its Executive Director since 2001. I live and work in Kodiak, Alaska.

3. Established in 1986, AGDB is a member-based organization that has represented Gulf of Alaska (GOA) shoreside trawl catcher vessels and processors, primarily based in Kodiak. AGDB currently has 50 members consisting of 42 catcher vessels and eight shoreside processing facilities.

4. AGDB represents its members' interests at the North Pacific Fishery Management Council (NPFMC) and before the Alaska Board of Fish. Although representation of the interests of its members in legal and regulatory proceedings is part of AGDB's overall purpose, AGDB also actively participates in fishery management by managing voluntary catch share agreements, salmon hotspot reporting, and the Rockfish Program Intercooperative. Additionally, AGDB generates weekly catch reports for the GOA and Bering Sea/Aleutian Islands, bycatch reports, and fisheries outlooks and summaries.

5. AGDB's members have a longstanding interest in the responsible and sustainable harvesting of groundfish. AGDB works with fishery managers, scientists, environmentalists, and other industry members to ensure the continued health and sustainability of marine resources. AGDB and its members engage in cooperative research with NOAA's Alaska Fisheries Science Center to improve monitoring and minimize impacts to the marine environment.

6. AGDB's members participate primarily in the federal GOA groundfish fisheries for pollock, cod, rockfish, and flatfish. Some AGDB members also fish in the Bering Sea for pollock and cod. AGDB's members participate in state fisheries as well and act as tender vessels for salmon in the summer. AGDB's work supports our members and helps ensure healthy, sustainable fisheries and coastal communities for generations to come.

7. AGDB's members are robust contributors to Alaska's seafood economy. The groundfish harvested each year in the GOA and in the Bering Sea groundfish fishery supports employment throughout the supply chain, creating jobs in the seafood harvesting, processing, distribution, wholesale, retail, restaurant, and food services industries.

8. The economic contribution of AGDB's members is particularly significant in Kodiak, where the economy is driven by the seafood industry. Trawl fishing remains a cornerstone of Kodiak's economy and the Kodiak trawl fleet helps stabilize processors by delivering large volumes of pollock, cod, flatfish, and rockfish nearly year round, with ongoing efforts to balance economic benefits with sustainable practices to ensure the long-term health of fish stocks, coastal communities, and the marine ecosystem. Kodiak has the largest resident seafood processor workforce and approximately half of the vessels that operate in the Central GOA trawl fisheries are homeported in Kodiak.

9. AGDB's members have played an important role in finding ways to minimize fishing impacts on the environment. All GOA trawl directed fisheries hold both Marine Stewardship Council (MSC) and Responsible Fisheries Management (RFM) certifications including: pollock, Pacific cod, Pacific ocean perch, dusky rockfish, northern rockfish, arrowtooth flounder, northern & southern rock sole, rex sole, and flathead sole. AGDB's members actively participate in research programs related to bycatch reduction, including through the utilization of halibut and salmon excluders. AGDB's members also participate in camera-based electronic monitoring which provides direct information about catch composition and salmon bycatch which can be used for real time in-season fishery management.

10. AGDB supports and actively tracked the development of the Essential Fish Habitat (EFH) amendments by the NPFMC through their subsequent publication and adoption by the National Marine Fisheries Service (NMFS). The EFH amendments challenged in this lawsuit reflect the best available science, including the peer-reviewed

Fishing Effects (FE) model developed by the NMFS Alaska Regional Office and scientists at Alaska Pacific University to help quantify impacts attributable to commercial fishing in the North Pacific. The FE model utilizes vessel monitoring data to track more than 8 million fishing events (including from AGDB member vessels) to estimate both disturbance and recovery of benthic habitat features.

11. In July 2024, NMFS approved Amendment 115 to the Fishery Management Plan for Groundfish of the Gulf of Alaska (GOA FMP), updating the description and identification of EFH as well as updating information on adverse effects to EFH from fishing and non-fishing activities. Amendment 115 promotes the goals and objectives of the MSA and the GOA FMP and is based on the best available science. Because Amendment 115 and the resulting EFH designations directly impact AGDB's members' participation in the GOA groundfish fisheries, ADGB and its members have significant interests in the challenged EFH Amendments. AGDB's members who operate primarily in the GOA and elsewhere in the North Pacific also have significant interests in the other EFH amendments promulgated by NMFS and challenged in this lawsuit.

12. Plaintiff has long-opposed trawl fishing in the GOA and advocates for regulatory measures that would limit or altogether prohibit the operation of the GOA's groundfish fisheries in certain areas.

13. Plaintiff's lawsuit, if successful, will significantly impair the interests of AGDB's members. Plaintiff's lawsuit targets the lawful operation of Alaska's groundfish fisheries. The relief requested by Plaintiff in this lawsuit—including vacatur of the EFH amendments for all five Alaska FMPs—would create substantial regulatory uncertainty directly threatening the ability of AGDB's members to harvest and process groundfish. Vacatur of Amendment 115 would create confusion over which areas in the GOA are properly designated as EFH, could result in additional closure areas and bring AGDB's members out of compliance with MSA's EFH regulations. The uncertainty that would

*Oceana, Inc. v. Nat'l Marine Fisheries Serv. et al.* Case No. 3:24-cv-00180-SLG

4

Case 3:24-cv-00180-SLG   Document 18-2   Filed 11/14/24   Page 4 of 6

result from plaintiff's requested relief could have potentially dramatic consequences for AGDB's members' businesses, workforces, their customers, and the broader community of Kodiak which relies on the seafood economy generated by AGDB's members.

14. The interests of AGDB and its members in this lawsuit are not adequately represented by the Federal Defendants. AGDB represents the interests of its private member companies in the sustainable harvest of groundfish. Unlike the Federal Defendants, AGDB's members have a direct economic stake in the issues presented in this litigation having invested millions of dollars in catcher vessels and shoreside processing infrastructure related to the harvest groundfish in the GOA and beyond. The Federal Defendants, by contrast, include the regulatory agencies bound by statutory constraints and obligations. Thus, the interests of AGDB as a non-federal entity with a direct economic stake in this controversy are very different from the interests of the federal regulatory agencies.

15. As the representative of members operating fishing vessels and shoreside processing facilities in the GOA—and indeed as the practical target of Plaintiff's campaign against the GOA ground fisheries—AGDB's participation in this litigation will aid the Court in understanding the issues of this case. AGDB's members have expertise and important knowledge about the operational characteristics of the GOA groundfish fisheries and EFH. AGDB will make legal arguments that will aid in the Court's understanding and disposition of the issues in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of information and belief.

Executed in Kodiak, Alaska this 8 day of November, 2024.

*signature*
Julie Bonney

*Oceana, Inc. v. Nat'l Marine Fisheries Serv. et al.* Case No. 3:24-cv-00180-SLG

5

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2024, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:24-cv-00180-SLG who are registered CM/ECF users will be served by the CM/ECF system.

                                      Summit Law Group, PLLC

                                      *s/ Lisa Britton*
                                      **Lisa Britton**, Legal Assistant
                                      lisab@summitlaw.com