ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ERIKA FURLONG, Trial Attorney (PA Bar No. 319350)
Wildlife & Marine Resources Section
JENNIFER SUNDOOK, Trial Attorney (DC Bar No. 241583)
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel:   (202) 598-9571 (Furlong)
       (202) 305-0239 (Sundook)
Email: erika.furlong@usdoj.gov
       jennifer.sundook@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OCEANA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al*.,<br><br>    Defendants,<br><br>AT-SEA PROCESSORS ASS'N, ALASKA GROUNDFISH DATA BANK, and GROUNDFISH FORUM, INC.,<br><br>    Defendant-Intervenors, | Case No. 3:24cv180<br><br>**MOTION FOR A STAY OF DEADLINE TO REQUEST CORRECTIONS TO THE HEARING TRANSCRIPT IN LIGHT OF LAPSE OF APPROPRIATIONS** |

    The United States of America hereby moves for a stay of the deadline to request

corrections to the September 12, 2025 summary judgment hearing transcript in the above-

1

captioned case. *See* ECF No. 50.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Federal Defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the Federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the deadline to request corrections to the September 12, 2025 hearing transcript (ECF No. 50) until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Plaintiff and Intervenor-Defendants do not oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the deadline to request corrections to the September 12, 2025 hearing transcript in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025						Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Erika Furlong*
ERIKA FURLONG (PA Bar No. 319350)
Wildlife & Marine Resources Section
JENNIFER SUNDOOK (DC Bar No. 241583.)
Natural Resources Section
Trial Attorneys
150 M Street NE
Washington, DC 2002
(202) 598-9571 (Furlong)
(202) 305-0239 (Sundook)
Fax: (202)305-0275
Erika.Furlong@usdoj.gov
Jennifer.Sundook@usdoj.gov

*Attorneys for Defendants*