# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| OCEANA, INC.,<br>*Plaintiff,*<br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br>*Defendants,*<br>and<br><br>AT-SEA PROCESSORS ASSOCIATION, et al.,<br>*Intervenor-Defendants.* | Civil Action No. 3:24-cv-00180-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Oceana's claims are DISMISSED with prejudice.

APPROVED:

s/Sharon L. Gleason
Sharon L. Gleason
United States District Judge

Date: October 6, 2025

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*