Katharine S. Glover
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: kglover@earthjustice.org
E: ejorgensen@earthjustice.org

Maile Tavepholjalern
EARTHJUSTICE
310 K Street, Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: mtave@earthjustice.org

Andrea A. Treece (*pro hac vice*)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T: 415.217.2089
E: atreece@earthjustice.org

*Attorneys for Plaintiff Oceana, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OCEANA, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE *et al.*, <br><br> *Defendants*, <br><br> and <br><br> AT-SEA PROCESSORS ASSOCIATION *et al.*, <br><br> *Intervenor-Defendants*. | Case No. 3:24-cv-00180-SLG |

## NOTICE OF APPEAL

Notice is hereby given that Oceana, Inc., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Decision and Order (Doc. 51) and Judgment (Doc. 56) dated and entered on the docket on September 30, 2025, and October 6, 2025, respectively.

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiff's Representation Statement is attached hereto.

Respectfully submitted this 5th day of December, 2025.

*s/ Katharine S. Glover*
Katharine S. Glover (Alaska Bar No. 0606033)
Eric P. Jorgensen (Alaska Bar No. 8904010)
Maile Tavepholjalern (Alaska Bar No. 1611094)
Andrea A. Treece (California Bar No. 237639)
(*pro hac vice*)
EARTHJUSTICE

*Attorneys for Plaintiff Oceana, Inc.*

# REPRESENTATION STATEMENT

**Plaintiff-Appellant**

Name of party:

    OCEANA, INC.

Names, addresses, telephone numbers, and emails of counsel:

    Katharine S. Glover
    Eric P. Jorgensen
    EARTHJUSTICE
    325 Fourth Street
    Juneau, AK 99801
    T: 907.586.2751
    E: kglover@earthjustice.org
    E: ejorgensen@earthjustice.org

    Maile Tavepholjalern
    EARTHJUSTICE
    310 K Street, Suite 508
    Anchorage, AK 99501
    T: 907.277.2500
    E: mtave@earthjustice.org

    Andrea A. Treece (*pro hac vice*)
    EARTHJUSTICE
    50 California Street, Suite 500
    San Francisco, CA 94111
    T: 415.217.2089
    E: atreece@earthjustice.org

Are counsel registered for Electronic Filing in the 9th Circuit?: Yes

**Defendants-Appellees**

Names of parties:

    NATIONAL MARINE FISHERIES SERVICE
    UNITED STATES DEPARTMENT OF COMMERCE
    HOWARD LUTNICK, in their official capacity as Secretary of Commerce[1]
    SAMUEL D. RAUCH, III, in their official capacity as Deputy Assistant Administrator for Regulatory Programs, National Marine Fisheries Service

Names, addresses, telephone numbers, and emails of counsel:

    Erika Furlong
    U.S. DEPARTMENT OF JUSTICE
    Wildlife & Marine Resources Section
    P.O. Box 7611
    Washington, DC 20044-7611
    T: 202.598.9571
    E: erika.furlong@usdoj.gov

    Jennifer A. Sundook
    U.S. DEPARTMENT OF JUSTICE
    Natural Resources Section
    P.O. Box 7611
    Washington, DC 20044
    T: 202.305.0239
    E: jennifer.sundook@usdoj.gov

**Intervenor-Defendants-Appellees**

Names of parties:

    AT-SEA PROCESSORS ASSOCIATION
    ALASKA GROUNDFISH DATA BANK
    GROUNDFISH FORUM, INC.

---

[1] Howard Lutnick, Secretary of Commerce, U.S. Department of Commerce, is substituted for Gina M. Raimondo, Secretary of Commerce, U.S. Department of Commerce.

Names, addresses, telephone numbers, and emails of counsel:

>James C. Feldman
>SUMMIT LAW GROUP PLLC
>315 Fifth Avenue South, Suite 1000
>Seattle, WA 98104
>T: 206.676.7000
>E: jamesf@summitlaw.com
>
>Eva Sharf Oliver (pro hac vice)
>SUMMIT LAW GROUP PLLC
>315 Fifth Avenue South, Suite 1000
>Seattle, WA 98104
>T: 206.676.7016
>E: evao@summitlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, a copy of the foregoing NOTICE OF APPEAL, with REPRESENTATION STATEMENT, was served electronically on all counsel of record through the Court's CM/ECF system.

*s/ Katharine S. Glover*
Katharine S. Glover
EARTHJUSTICE