**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| OCEANA, INC.,<br><br>Plaintiff,<br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>Defendants,<br><br>and<br><br>AT-SEA PROCESSORS ASSOCIATION, *et al.,*<br><br>Intervenor-Defendants. | Case No. 3:24-cv-00180-SLG |

## ORDER ON REMAND

In light of the Ninth Circuit's Memorandum Disposition and Mandate, which vacated this Court's order at Docket 51 and remanded to dismiss for lack of Article III standing,[1] it is HEREBY ORDERED:

This matter is DISMISSED with prejudice for lack of jurisdiction. An amended judgment shall be entered accordingly.

DATED this 22nd day of October, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] *Oceana, Inc., v. Nat'l Marine Fisheries Serv.*, Case No. 25-7689 (9th Cir. Aug. 25, 2026), Docket 39; *id.*, Case No. 25-7689 (9th Cir. Oct. 19, 2026), Docket 40.