# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| OCEANA, INC., *Plaintiff,* v. NATIONAL MARINE FISHERIES SERVICE, *et al.*, *Defendants,* AT-SEA PROCESSORS ASSOCIATION, *et al.* *Intervenor-Defendants.* | ) | Civil Action No. 3:24-cv-00180-SLG |

## AMENDED JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this matter is DISMISSED with prejudice for lack of jurisdiction.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: October 23, 2026

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court